**Exhibit A to the Complaint**

**Location:** Darien, CT  
**Total Works Infringed:** 40  
**IP Address:** 69.117.249.184  
**ISP:** Optimum Online

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | D629C1BE08933BB60DF199F6F24E3812EA2C6C73 | Blacked | 10/19/2017 13:34:34 | 10/12/2017 | 10/22/2017 | PA0002058296 |
| 2 | 07D7E8C01244DE2B45F694EC522F904112E41652 | Vixen | 08/13/2017 02:07:02 | 08/12/2017 | 08/17/2017 | 15732986308 |
| 3 | 0A62710EDB3351CBA7D2AF0A510F3DD7467041E9 | Vixen | 09/16/2017 04:14:06 | 09/11/2017 | 09/20/2017 | PA0002052839 |
| 4 | 0F4CB5BFE31D785D0469C73F83F7CEB7AF0E1F9B | Blacked | 11/11/2017 03:47:22 | 11/06/2017 | 11/15/2017 | 16013342719 |
| 5 | 18906DE10FCDB61661BD9B2B71A31AB54EF19AB2 | Blacked | 10/04/2017 00:02:48 | 10/02/2017 | 10/10/2017 | 15894022390 |
| 6 | 1AAD40B9C28B70D2156BCD7912A2F284C11F634D | Vixen | 08/18/2017 07:37:11 | 08/17/2017 | 08/24/2017 | 15894022586 |
| 7 | 1D63168E762F9CB41AE4DBD6646599AD0EFF3911 | Blacked | 07/17/2017 01:27:47 | 07/09/2017 | 08/17/2017 | 15732782151 |
| 8 | 258961E123E520633A96CDF11E8E6F60E233C816 | Vixen | 07/27/2017 22:06:29 | 07/23/2017 | 08/10/2017 | PA0002046877 |
| 9 | 53FAB44D9EA232A2B542382A56DE473F582EC8F4 | Blacked | 11/05/2017 02:41:40 | 11/01/2017 | 11/15/2017 | 16013342262 |
| 10 | 644731DC92ECFA9015B5769E71032329E184FB2A | Vixen | 07/15/2017 22:18:03 | 06/18/2017 | 07/06/2017 | 15584691891 |
| 11 | 65CF8DA2D031F334F39B20014B15DA107B9EAA15 | Blacked | 08/11/2017 05:42:20 | 08/08/2017 | 08/17/2017 | 15732904191 |
| 12 | 6EAAFE0F3E012E94CE6FF11EC5DFC0835CDABEA6 | Blacked | 07/24/2017 21:01:37 | 07/24/2017 | 08/11/2017 | PA0002046874 |
| 13 | 83B25F695D0D04E24E3F985A1565C2C3E01F6459 | Vixen | 10/23/2017 00:50:46 | 10/21/2017 | 11/15/2017 | 16016503512 |
| 14 | 86676BF30A84B93CF81E31ADE21C3A174FD199E2 | Vixen | 08/24/2017 00:54:43 | 08/22/2017 | 09/07/2017 | PA0002052852 |
| 15 | 88E525CEE413101B4C7106C0C5AB49DF8C36F87F | Blacked | 07/16/2017 10:27:35 | 06/09/2017 | 07/06/2017 | 15584064165 |
| 16 | 8F55C47AC0C8FED6F30E2C094965B3CF4749FA41 | Vixen | 08/27/2017 20:27:17 | 08/27/2017 | 09/07/2017 | PA0002052843 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 9642336EA4BCA83AB7154CFDFA1091ECBFD98B7A | Blacked | 09/17/2017 22:25:28 | 09/17/2017 | 09/25/2017 | 15894023110 |
| 18 | 9E401C6583C7B9748B062B00479A97B14E769848 | Blacked | 07/30/2017 23:26:28 | 07/29/2017 | 08/11/2017 | PA0002046872 |
| 19 | 9E77DF7FCCB30D04DC6500C39CC3EF0AA2B48257 | Blacked | 09/02/2017 22:58:25 | 09/02/2017 | 09/07/2017 | PA0002052847 |
| 20 | 9EE27A6D03A1F1066DB44789975A17DD687BC042 | Vixen | 11/16/2017 10:22:18 | 11/15/2017 | 11/21/2017 | 16013342550 |
| 21 | A03B6569E886BF8091B6D0E7E9B8FA6DB98CDE20 | Vixen | 10/17/2017 03:18:01 | 10/16/2017 | 10/22/2017 | 15918925812 |
| 22 | A3BB1E2ECC4AD4E28AF034ED30B008D1BDC5E1DA | Vixen | 09/01/2017 23:24:41 | 09/01/2017 | 09/07/2017 | PA0002052845 |
| 23 | A8C5779A5F4217D0B8CAAFE54FA8DC323546F47E | Blacked | 08/19/2017 02:44:06 | 08/18/2017 | 08/24/2017 | 15894022488 |
| 24 | ADF92777B14406D128959B39973AE553DEF166E7 | Blacked | 07/15/2017 22:16:03 | 07/14/2017 | 08/11/2017 | PA0002046878 |
| 25 | B0FE13ECF5F84AEAC8C53B134AC336CFB843CF0D | Blacked | 10/27/2017 21:41:11 | 10/27/2017 | 11/15/2017 | 16016503839 |
| 26 | B789ECCEE3E821C0279016D05F4C7C02E6A3A60F | Blacked Ra | 11/14/2017 02:10:45 | 11/13/2017 | 11/21/2017 | 16020392832 |
| 27 | BA0E7961B6DDEED2714E67193B52FB44D6B94F83 | Vixen | 08/03/2017 16:58:27 | 08/02/2017 | 08/17/2017 | 15732903934 |
| 28 | BD20A2B3640B044D5293D4ED70B33D22882C170C | Vixen | 07/18/2017 21:00:22 | 07/18/2017 | 08/10/2017 | PA0002046875 |
| 29 | BD3608AD8FE2B70CFC22DC11CE840105B545CDFD | Tushy | 07/26/2017 01:04:02 | 07/25/2017 | 08/11/2017 | PA0002046870 |
| 30 | C081E6671CA990E5C94F9001B4F525B783D100EC | Vixen | 10/04/2017 03:36:00 | 10/01/2017 | 10/10/2017 | 15894022684 |
| 31 | C688832FC38778E650889B646710CDEF06A10719 | Blacked | 07/24/2017 18:29:49 | 07/19/2017 | 08/11/2017 | PA0002046876 |
| 32 | C73F3A572E54ECE92AB09C5E7AC03DCC7EE0A080 | Tushy | 08/21/2017 03:00:47 | 08/19/2017 | 08/24/2017 | 15894022311 |
| 33 | CF88AC6404124CC2E13774DCEC7BC19F136D3EFE | Vixen | 07/29/2017 00:28:33 | 07/28/2017 | 08/10/2017 | PA0002046871 |
| 34 | D05145D6CAA55168052E0D998AC6E235807F8E53 | Blacked Ra | 10/26/2017 00:26:39 | 10/24/2017 | 11/15/2017 | 16016503680 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 35 | E077B1FF542F9813257F25F80DF621F1EC832879 | Vixen | 09/07/2017 00:31:00 | 09/06/2017 | 09/14/2017 | PA0002052844 |
| 36 | E69BB37CE99BE570CC9EB659F45DDEF6E740E3BE | Blacked | 08/13/2017 19:13:38 | 08/13/2017 | 08/17/2017 | 15732986356 |
| 37 | E6B69D8BD2357CED77EA3A2ADD13CAF33C065314 | Vixen | 10/07/2017 01:06:42 | 10/06/2017 | 10/22/2017 | 15918925981 |
| 38 | F4B1214D5F997A14D4D5996E170CB5F3C2D0C597 | Vixen | 10/14/2017 11:59:52 | 10/11/2017 | 10/22/2017 | 15918925932 |
| 39 | F8FEB2EE6C17B37610C5B2AE85F0266CB0C5C5BD | Blacked | 07/18/2017 00:52:05 | 07/04/2017 | 07/06/2017 | 15584063685 |
| 40 | FFCBC2AA2977112F060895E264167F7BB55FD56F | Blacked | 10/18/2017 17:01:15 | 10/17/2017 | 11/15/2017 | 16013343097 |